RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:   (808) 524-4406
Facsimile:    (808) 524-4306
E-mail:          Rustam.Barbee@gte.net

Attorney for Defendant
ROBERT EISLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00400 HG 05 |
|---|---|
| Plaintiff, | ) MOTION TO DISMISS<br>) INDICTMENT |
| vs. | ) |
| ROBERT EISLER, | ) |
| Defendant. | ) |

## MOTION TO DISMISS INDICTMENT

COMES NOW the defendant, ROBERT EISLER, through counsel, Rustam A. Barbee, and moves this Honorable Court to order dismissal of the indictment.

This motion is made pursuant to Rule 12 of the Federal Rules of Criminal Procedure, Double Jeopardy Clause of the Eighth amendment to the U.S.

Constitution and is based upon the attached memorandum and declaration of counsel and upon such further evidence and argument which the Court receives at a hearing on this motion.

DATED:   Honolulu, Hawaii, January 5, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
ROBERT EISLER