ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2005

at __8__ o'clock and __35__ min. _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00303 HG |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
| | ) | OF SENTENCING |
| ROBERT GARY EISLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United

States Magistrate Judge, to which there has been no timely

objection, the plea of guilty to Count 1 of the Second Superseding

Indictment is now Accepted and the Defendant is Adjudged Guilty of

such offense.  All parties shall appear before this Court for

sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, ___12·6·05___.

UNITED STATES DISTRICT JUDGE

GUILTY.ACP