IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00400 HG 05 |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| vs. ) | |
| ROBERT EISLER, ) | |
| Defendant. ) | |

## DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1. That I am counsel for defendant, ROBERT EISLER, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, January 5, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
ROBERT EISLER