## CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 5, 2006:

THOMAS MUEHLECK, ESQ.
Assistant United States Attorney
PJKK Federal Building, 6th floor
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorney for Plaintiff
United States of America

SAMUEL P. KING, JR.
735 Bishop St., Ste. 304
Honolulu, HI 96813

Attorney for Defendant
Sham Vierra

DANIEL T. PAGLIARINI
700 Bishop St., Ste. 2100
Honolulu, HI 96813

Attorney for Defendant
Adele Criste

MICHAEL J. PARK
733 Bishop St., Ste. 2302
Honolulu, HI 96813

Attorney for Defendant
Leslie Jaramillo

MICHAEL J. GREEN
345 Queen St., Second Fl.
Honolulu, HI 96813

Attorney for Defendant
Melissa Ordonez


DATED: Honolulu, Hawaii, January 5, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
ROBERT EISLER