**ORIGINAL**

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:   (808) 524-4406
Facsimile:    (808) 524-4306
E-mail:         Rustam.Barbee@gte.net

Attorney for Defendant
ROBERT EISLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00400 HG 05 |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION; |
| ) | MOTION TO DISMISS |
| vs. ) | INDICTMENT ; MEMORANDUM |
| ) | OF LAW; DEFENDANT'S |
| ROBERT EISLER, ) | EXHIBITS "A"-"B"; |
| ) | DECLARATION OF COUNSEL; |
| Defendant. ) | CERTIFICATE OF SERVICE |
| ) | |

### NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
       United States Attorney

       THOMAS MUEHLECK, ESQ.
       Assistant United States Attorney
       300 Ala Moana Blvd., 6th floor
       Honolulu, HI 96850

       PLEASE TAKE NOTICE that the following motion will be heard

before the Honorable _____, in his/her courtroom in the United

States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ \_\_, 2006 at _____.m., or as soon as counsel may be heard.