**ORIGINAL**

| | |
|---|---|
| Shari Afuso/HID/09/USCOURTS<br>01/23/2006 10:52 AM | To  HIDml_CR Notice Group<br>cc  David Hisashima/HID/09/USCOURTS@USCOURTS, tizmot@earthlink.net, rustam.barbee@gte.net<br>bcc<br>Subject  CR04-400HG, USA v. (04) Leslie Jaramillo (05) Robert Eisler |

CR04-400HG, USA v. (04) Leslie Jaramillo
(05) Robert Eisler

The time for the Final Pretrial Conference set 2/1/06 at 11:00am has been moved to 2:00pm on 2/1/06 before Judge Chang

AUSA: Thomas Muehleck
Def Attys: (04) Joseph Mottl
(05) Rustam Barbee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at __11__ o'clock and __09__ min. __A__ M
SUE BEITIA, CLERK