# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 31, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 04-00400HG

CASE NAME:       U.S.A. vs. (05) ROBERT EISLER

ATTYS FOR PLA:   Florence T. Nakakuni (for Thomas C. Muehleck)

ATTYS FOR DEFT:  Rustam A. Barbee

INTERPRETER:

---

JUDGE:   Helen Gillmor           REPORTER:   Stephen Platt

DATE:    January 31, 2006        TIME:       9:00 - 9:20

---

COURT ACTION:  DEFENDANT (05) ROBERT EISLER'S MOTION TO DISMISS -

The defendant is present in custody.

The Defendant's Motion to Dismiss is DENIED.  A written order will issue.


Submitted by: David H. Hisashima, Courtroom Manager