# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00400HG |
| CASE NAME: | USA v. (05) Robert Eisler |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (05) Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/13/2006 | TIME: | 2:06-2:28:48pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (05) Robert Eisler.  Defendant present, in custody

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  Government agrees to dismiss the remaining counts of the indictment as to defendant 05 at sentencing.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 7/6/06 at 3:00 p.m. before Judge Gillmor.  Mr. Barbee informed the court that defendant has a pending sentencing in CR04-303HG on 3/23/06 and the parties will request through Judge Gillmor for consolidation of these sentencings.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager