

U.S. Department of Justice

Federal Bureau of Prisons

---

CORRESPONDENCE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 31, 2006

The Honorable Helen Gillmor
Chief Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 11 2006
DISTRICT OF HAWAII

**Re: EISLER, Robert Gary**
    Reg. No. 95267-022
    Docket Nos. 1:04CR00400-005 & 1:04CR00303-001

Dear Chief Judge Gillmor:

    This is in response to the Court's recommendation that Robert Gary Eisler serve his term of confinement at the Terminal Island Federal Correctional Institution, in San Pedro, California, or the Federal Correctional Institution in Sheridan, Oregon. The Court also recommended that he participate in the Residential Drug Abuse Program (RDAP). Mr. Eisler was sentenced in your court to a total term of 51-months for Possession with Intent to Distribute Methamphetamine.

    Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Eisler has been classified as a low security level offender. The Terminal Island facility located in San Pedro, California, is currently experiencing population pressures. In addition, the Sheridan facility houses medium and minimum security level offenders. Accordingly, Mr. Eisler has been designated to the La Tuna low security level facility in Anthony, Texas, where the RDAP is available. Staff there will encourage Mr. Eisler to participate in the RDAP, if determined eligible under the established program criteria.

  Although we were unable to follow all of the Court's recommendations, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                Sincerely,

                Rebecca Tamez
                Chief

mbp
cc: Warden, FCI La Tuna